Crim

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234

8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION                     NJV

12                                           1-08-70067
   UNITED STATES OF AMERICA,        )   CRIMINAL NO.
13                                  )
        Plaintiff,                  )
14                                  )   NOTICE OF PROCEEDINGS ON
        v.                          )   OUT-OF-DISTRICT CRIMINAL
15                                  )   CHARGES PURSUANT TO RULES
   MICHAEL SZEKERES,                )   5(c)(2) AND (3) OF THE FEDERAL RULES
16                                  )   OF CRIMINAL PROCEDURE
                                    )
17      Defendant.                  )
                                    )
18
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
   Procedure that on February 7, 2008, the above-named defendant was arrested based upon an
20
   arrest warrant (copy attached) issued upon an
21
        ☒ Indictment
22
        ☐ Information
23
        ☐ Criminal Complaint
24
        ☐ Other (describe) _____ pending in the Eastern District of Tennessee,
25
           Case Number 2:06-CR-0085.
26
        In that case, the defendant is charged with violations of Title 21, United States Code,
27
   Sections 841(a)(1) and (b)(1)(C).
28

                                              1

Description of Charges: Possession with intent to distribute MDMA, a Schedule I controlled substance.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 2/11/08

_____
Wendy Thomas
Special Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern _____ District of ____ Tennessee ____ (Agency: DEA )

UNITED STATES OF AMERICA

V.

MICHAEL SZEKERES

**WARRANT FOR ARREST**

Case Number: 2:06-CR-85

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Michael Szekeres _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

Possession with the intent ti distribute MDMA, a Schedule 1 controlled substance

as more fully set out in the attached indictment
in violation of Title ____ 21 ____ United States Code, Section(s) __ 841(a)(1) __

_Patricia L. McNutt_                                _Connie Lamb_  Deputy Clerk
Name of Issuing Officer                             Signature of Issuing Officer

_Clerk_                                             _12-12-06_                at Greeneville, Tennessee
Title of Issuing Officer                            Date and Location

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1265038                                              0774-1219-06007