**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

General Court Number
415.522.2000

2008 MAR 11 P 2: 05

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

March 7, 2008

U.S. District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

Case Name:     US-v- Szekeres
Case Number:   1:08-70067
Charges:       21:841(a)(1)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Vadas. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator